850

No. 88–62. OLSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–65. GREEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 88–67. ALLEN ORGAN CO. v. KIMBALL INTERNATIONAL, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–68. DELAY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 88–69. GREANIAS v. WRIGLEY. C. A. 7th Cir. Certiorari denied.

No. 88–71. WEDINGER ET UX. v. GOLDBERGER, ASSISTANT REGIONAL ATTORNEY, DEPARTMENT OF ENVIRONMENTAL CONSERVATION, ET AL. Ct. App. N. Y. Certiorari denied.

No. 88–75. ELLIS v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 88–77. URESTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–78. DOE, BY HER PARENT AND NATURAL GUARDIAN, DOE v. SOBOL, COMMISSIONER, NEW YORK STATE EDUCATION DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 88–79. $173,081.04 IN UNITED STATES CURRENCY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–80. HOLYWELL CORP. ET AL. v. SMITH, TRUSTEE OF THE MIAMI CENTER LIQUIDATING TRUST, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–83. ECONOMOU ET UX. v. UNITED STATES SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 88–84. JOHN v. CITY OF SALAMANCA ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–85. PILAROWSKI v. MACOMB COUNTY. C. A. 6th Cir. Certiorari denied.